# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-3082 PA (AGRx) | Date | April 26, 2018 |
|---|---|---|---|
| Title | Stephen Chucri v. Kleinberg and Lerner, LLP, et al. | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**            IN CHAMBERS - COURT ORDER

On April 17, 2018, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of a procedural defect in the Notice of Removal. (Docket No. 8.) The Court stayed the order remanding the action to provide plaintiff Stephen Chucri ("Plaintiff") an opportunity to object to the remand and waive the procedural defects. Specifically, Plaintiff was directed to inform the Court in writing by April 24, 2018, if he objected to the remand. To date, despite the passage of the deadline set by the Court, Plaintiff has not waived the procedural defect.

Accordingly, for the reasons stated in the April 17, 2018 order, this action is remanded to the Los Angeles County Superior Court, Case No. BC698396.

IT IS SO ORDERED.